United States Court of Appeals
Fifth Circuit

**F I L E D**

**April 4, 2003**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 02-60423
Summary Calendar
_____


MARWAN JWEIED ABADI, also known as Mark Abadi

                    Petitioner

     v

JOHN ASHCROFT, US ATTORNEY GENERAL

                    Respondent

                    --------------------
             Petition for Review of an Order of the
                 Board of Immigration Appeals
                        A77 449 583
                    --------------------

Before KING, Chief Judge, and SMITH and DENNIS, Circuit Judges.

PER CURIAM:[*]

     Marwan Jweied Abadi has filed a petition for review of a
final order of the Board of Immigration Appeals ("BIA") affirming
the denial of Abadi's motion to reopen his removal proceeding.
Abadi was ordered removed <u>in absentia</u> on June 1, 1999, when he
failed to appear for his removal hearing.

     Abadi argues that the BIA abused its discretion in light of
evidence that he failed to receive notice of the removal hearing.

---

     [*] Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.

He also argues that the BIA's decision was an abuse of discretion because the lack of notice violated his due process rights.

We have reviewed the record and the briefs submitted by the parties and have determined, in view of the substantial evidence that Abadi provided the address to which notice of his removal hearing was mailed, that the BIA did not abuse its discretion in denying the motion to reopen.  See Lopez-Gomez v. Ashcroft, 263 F.3d 442, 444 (5th Cir. 2001); Lara v. Trominski, 216 F.3d 487, 496 (5th Cir. 2000).  Likewise, because the mailing of notice to the last address provided by Abadi does not violate due process, see United States v. Estrada-Trochez, 66 F.3d 733, 735-36 (5th Cir. 1995), Abadi has not shown an abuse of discretion.  Accordingly, Abadi's petition for review is DENIED.

PETITION DENIED.